AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CoxCom, Inc.

V.

Lou Ritacco

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 05 192 ML

TO: (Name and address of Defendant)

Lou Ritacco
154 Beach Street
Westerly, RI 02891

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis S. Holbrook II
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/5/05

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5-10-05 |
|---|---|
| NAME OF SERVER *(PRINT)* DENNIS M. TABER | TITLE CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the ~~third-party~~ defendant. Place where served: 154 Beach Dr Westerly

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

[ ] Returned unexecuted: __________

[ ] Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 33.00 | 60 - | 93.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-10-05
Date

[signature] Dennis M. Taber
Signature of Server

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.