**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CoxCom, Inc.**
**D/b/a Cox Communications New England**

**Vs.** **CA No.: 05-192ML**

**Louis Ritacco**

**ENTRY OF APPEARANCE**

The undersigned submits this appearance on behalf of Louis Ritacco, Defendant in the above pending Civil Action.

Defendant
By His Attorney

Louis B. Cappuccio, Jr. #2366
Cappuccio & Cappuccio
P.O. Box 763
Westerly, RI 02891
Phone (401) 596-4072
FAX (401) 596-5306