**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CoxCom,Inc.**
**d/b/a Cox Communications New England**

**Vs.** **Case No. 05-192ML**

**Louis Ritacco**

**ANSWER & AFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

1. The Defendant denies the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2. The Defendant denies the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. The Defendant admits the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. The Defendant admits the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. The Defendant admits the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

6. The Defendants admits the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7. The Defendant admits the allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. The Defendant is with insufficient knowledge or information upon which to form a belief and therefore leaves the Plaintiff to his burden of proof.

9. The Defendant admits the allegations contained in Paragraph 9 of the Plaintiff's Complaint.

10. The Defendant is with insufficient knowledge or information upon which to form a belief and therefore leaves the Plaintiff to his burden of proof.

11. The Defendant denies the allegations in contained in Paragraph 11 of the Plaintiff's Complaint.

4

12. The Defendant is with insufficient knowledge or information upon which to form a belief and therefore leaves the Plaintiff to his burden of proof

13. The Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. The Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. The Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. N/A

17. The Defendant neither admits nor denies the allegations contained in Paragraph 17 and leaves the Plaintiff to his proof.

18. The Defendant denies that he is guilty of a violation of any statute.

19. The Defendant is without sufficient knowledge to formulate an answer to Paragraph 19 of Plaintiff's Compliant.

20. The Defendant denies the allegations contained in Paragraph 20.

21. The Defendant denies the allegations contained in Paragraph 21 of Plaintiff's Complaint and further asserts that said allegation is unclear.

22. The Defendant neither admits nor denies the allegations contained in Paragraph 22 and leaves the Plaintiff to his proof.

23. N/A

24. The Defendant denies the allegations contained in Paragraph 24 of the Plaintiff's Complaint.

25. The Defendant neither admits nor denies the allegations contained in Paragraph 25 and leaves the Plaintiff to his proof.

26. The Defendant denies the allegations contained in Paragraph 26 of the Plaintiff's Complaint.

27. The Defendant denies that portion of 27 which mentions descrambling devices.

28. The Defendant neither admits nor denies the allegations contained in Paragraph 28.

29. N/A

30. The Defendant denies the allegations contained in Paragraph 30 of the Plaintiff's Complaint.

31. The Defendant denies the allegations contained in Paragraph 31 of the Plaintiff's Complaint.

32. The Defendant denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

33. N/A

34. The Defendant denies the allegations contained in Paragraph 34 of the Plaintiff's Complaint.

35. The Defendant denies the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

36. The Defendant denies the allegations contained in Paragraph 36 of the Plaintiff's Complaint.

Wherefore, The Defendant prays that the Complaint brought against him by the Plaintiff be dismissed and that this court grant him such other and further relief as this court may deem just and proper.

Respectfully Submitted
For the Defendant
Louis Ritacco
By His Attorney

Louis B. Cappuccio, Jr. #2366
P.O. Box 763
Westerly, RI 02891
Phone (401) 596-4072
FAX (401) 596-5306

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

None of the alleged actions taken by the Defendant were the proximate cause of Plaintiff's alleged injuries, damages, and/or losses.

### THIRD AFFIRMATIVE DEFENSE

The actions and conduct of the Defendant do not violate any clearly established Federal Statutory Right of which the Defendant reasonably should have been aware.

Defendant, Louis Ritacco
By his Attorney

Louis B. Cappuccio, Jr. #2366
P.O. Box 763
Westerly, RI 02891
Phone (401) 596-4072
FAX (401) 596-5306

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of May 2005 to Francis S. Hollbrook II, Miller, Scott & Hollbrook, 122 Touro Street, Newport, RI 02840.