UNITED STATES DISTRICT COURT
DISTRICT OF RI

RECEIVED
NOV 29 2005
Property of U.S. District Court
District of Rhode Island

**CoxCom, Inc.** :
**dba Cox Communications New England** :
Plaintiff, :
vs. : **Case No.: CA 05 - 192 ML**
**Louis Ritacco** :
Defendant :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba
Cox Communications New England
By Its Attorney,

11/18/05
Date

Francis Holbrook (3412)
**Miller, Scott & Holbrook**
122 Touro Street
Newport, RI 02840
(401) 847-7500

Louis Ritacco
By his Attorney

11/21/05
Date

Louis B. Cappuccio Jr. Esquire
Cappuccio & Cappuccio
P.O. Box 763
Westerly, RI 02891

Enter: Mary M. Lisi USDJ 11/28/05

3156/cb